RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SUNETHRA MURALIDHARA
Assistant Federal Public Defender
Nevada State Bar No. 13549
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sunethra_Muralidhara@fd.org

Attorney for Jaime Barojas-Flores

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00110-JCM-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| JAIME BAROJAS-FLORES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Sunethra Muralidhara, Assistant Federal Public Defender, counsel for Jaime Barojas-Flores, that the Revocation Hearing currently scheduled on August 15, 2018 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant. Additionally, the parties are attempting to negotiate a global resolution with the above referenced case and case number 2:18-cr-00209-MMD-NJK-1.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 9th day of August, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
|   */s/ Sunethra Muralidhara*<br>By_____<br>SUNETHRA MURALIDHARA<br>Assistant Federal Public Defender |   */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00110-JCM-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| JAIME BAROJAS-FLORES, | |
| Defendant. | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, August 15, 2018 at 10:30 a.m., be vacated and continued to **Friday, September 21, 2018 at 10:30 a.m.**

DATED August 13, 2018.

_____
UNITED STATES DISTRICT JUDGE