RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 13549
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Jaime Barojas-Flores

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JAIME BAROJAS-FLORES,<br><br>            Defendant. | Case No. 2:15-cr-110-JCM-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brenda Weksler, Assistant Federal Public Defender, counsel for Jaime Barojas-Flores, that the Revocation Hearing currently scheduled on December 21, 2018 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defense will be unavailable during the currently scheduled hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 18th day of December, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Brenda Weksler*<br>By_____<br>BRENDA WEKSLER<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-110-JCM-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| JAIME BAROJAS-FLORES, | |
| Defendant. | |

IT IS ORDERED that the revocation hearing currently scheduled for Friday, December 21, 2018 at 10:00 a.m., be vacated and continued to January 4, 2019 at the hour of 10:30 a.m.

DATED December 19, 2018.

_____
UNITED STATES DISTRICT JUDGE

3